③

FILED

JAN - 4 2006

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re                                    )        Case No. 05-33491-A-7
                                         )
MARSHALL McDANIEL, JR.,                  )        Docket Control No. None
                                         )
                                         )        Date: Ex Parte
            Debtor.                      )        Time: Ex Parte
                                         )
_____)

**MEMORANDUM DECISION**

The chapter 7 debtor's petition was filed on September 30, 2005.  The debtor and the chapter 7 trustee have stipulated to the extension of the deadlines for the trustee to file a complaint under 11 U.S.C. § 727(a) and for the United States Trustee to file a motion to dismiss under 11 U.S.C. § 707(b). The United States Trustee is not a party to the stipulation.  The stipulation was filed before the original deadlines expired.

There is a problem with the request to extend the deadline for the United States Trustee to file a dismissal motion pursuant to section 707(b).

Section 707(b) and Fed. R. Bankr. P. 1017(e)(1) provide that a motion to dismiss a petition pursuant to section 707(b) may be brought only by the United States Trustee.  Consequently, an extension of the deadline for filing a motion under section 707(b) can be granted only upon a "request by the United States

*13*

Trustee."  See Fed. R. Bankr. P. 1017(e)(1).  A chapter 7 trustee is given no standing either to file a section 707(b) motion or to request an extension of deadline for the United States Trustee to file such a motion.

A separate order will be entered granting the trustee an extension to file a complaint pursuant to section 727(b) but denying the requested extension to file a dismissal motion pursuant to section 707(b).

Dated: 4 Jan. 2006

By the Court

Michael S. McManus, Chief Judge
United States Bankruptcy Court

-2-

## CERTIFICATE OF MAILING

1

2   I, Susan C. Cox, in the performance of my duties as a

3   judicial assistant to the Honorable Michael S. McManus, mailed by

4   ordinary mail to each of the parties named below a true copy of

5   the attached document.

6   Office of the US Trustee
    501 I St. Ste 7-500
7   Sacramento, CA 95814

8   Christie Mitchell
    8863 Greenback Ln #255
9   Orangevale, CA 95662

10  Marshall McDaniel
    6622 Dawson Way
11  Sacramento, CA 95823

12  Frederick Lucksinger
    PO Box 2460
13  Rocklin, CA 95677

14  Dated: January 4, 2006

15

16                          _Susan C. Cox_
                            Susan C. Cox
17                          Judicial Assistant to Judge McManus

18

19

20

21

22

23

24

25

26

27

28